


GMM/BAM: USAO 2020R00548

USDC– GREENB[...]
'22 JUN 2[...]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 22-cr-00231 TDC |
| | * | |
| ARCHIE ARNOLD PAUL, | * | (Conspiracy to Commit Bank, |
| a/k/a "Carter Hill," | * | 18 U.S.C. § 1349; Bank Fraud, |
| a/k/a "Zion Davis," | * | 18 U.S.C. § 1344, Aggravated Identity |
| TIFFANY RAINEL WILLIAMS, | * | Theft, 18 U.S.C. § 1028A(a)(1); Felon |
| JALEN CRAIG MCMILLAN, and | * | in Possession of Firearm and |
| JOHN FITZGERALD WASHINGTON, | * | Ammunition, 18 U.S.C. § 922(g); |
| | * | Aiding and Abetting, 18 U.S.C. § 2; |
| Defendants | * | Forfeiture, 18 U.S.C. §§ 924(d), |
| | * | 982(a)(2)(A) and (b)(1), 21 U.S.C. |
| | * | § 853(p), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Conspiracy to Commit Bank Fraud)

The Grand Jury for the District of Maryland charges that:

At all times relevant to this Indictment:

### Introduction

1.     Defendant **ARCHIE ARNOLD PAUL, a/k/a "Carter Hill," a/k/a "Zion Davis,"**

("**PAUL**") was a resident of Maryland.

2.     Defendant **TIFFANY RAINEL WILLIAMS ("WILLIAMS")** was a resident of

Maryland.

3.     Defendant **JALEN CRAIG MCMILLAN ("MCMILLAN")** was a resident of

Maryland and was employed as a "Member Service Representative" ("MSR") at Bank A, a federal

credit union.

4.       Defendant **JOHN FITZGERALD WASHINGTON ("WASHINGTON")** was a resident of Maryland.

5.       **Jovan Bell** ("Bell") was a resident of Maryland and was employed as a MSR at Bank A.

6.       As part of **MCMILLAN's** and **Bell's** duties at Bank A, **MCMILLAN** and **Bell** were responsible for assisting Bank A members with submitting loan applications, ensuring that cash and other negotiable instruments were handled properly, complying with federal and other regulations relating to financial products and services, and opening bank accounts.

7.       **MCMILLAN** and **Bell** primarily worked at Bank A's branch in Laurel, Maryland.

8.       Bank A was a financial institution within the meaning of 18 U.S.C. § 20, in that its deposits were insured by the National Credit Union Share Insurance Fund.

### The Conspiracy and Scheme to Defraud

9.       From a time unknown to the Grand Jury, but beginning at least in or about June 2018, and continuing through at least in or about March 2020, in the District of Maryland and elsewhere, the defendants,

**ARCHIE ARNOLD PAUL,**
**a/k/a "Carter Hill,"**
**a/k/a "Zion Davis,"**
**TIFFANY RAINEL WILLIAMS,**
**JALEN CRAIG MCMILLAN, and**
**JOHN FITZGERALD WASHINGTON,**

did knowingly and willfully combine, conspire, confederate, and agree with **Jovan Bell** and others known and unknown to the Grand Jury to execute and attempt to execute a scheme and artifice to defraud Bank A, and to obtain and attempt to obtain money, funds, credits, assets, and securities owned by, and under the custody and control of Bank A, by means of materially false and

fraudulent pretenses, representations, and promises ("the scheme to defraud"), in violation of 18 U.S.C. § 1344.

## Manner and Means of the Conspiracy and Scheme to Defraud

It was part of the conspiracy and scheme to defraud that:

10.     **PAUL** and his co-conspirators obtained, possessed, and used fictitious identities or the personal identifying information ("PII") of real persons (the "victims").

11.     **PAUL** worked with **WASHINGTON** and others to manufacture and procure fraudulent identification documents displaying the PII of the victims, but photographs of others.

12.     **PAUL** and co-conspirators, such as **WILLIAMS**, used the false identification documents to impersonate the victims, open accounts using fraudulent information, and make large withdrawals from Bank A that belonged to the victims.

13.     **MCMILLAN** and **Bell** used their positions of employment with Bank A to facilitate both the opening of bank accounts in the name of the victims using fraudulent information and subsequent financial transactions.

## Overt Acts

14.     In furtherance of the conspiracy and to effect the objects, the defendants and their co-conspirators committed and caused to be committed the following acts, among others, in the District of Maryland and elsewhere:

a.     On or about June 15, 2018, **PAUL** opened a fraudulent bank account with Bank A in the name of "Zion Davis," ("the Zion Davis bank account") and **MCMILLAN** used his position as an MSR to create the account.

b.     On or about August 14, 2018, **PAUL** deposited a $22,324.56 check, made out to "Zion Davis," into the Zion Davis bank account.

3

      c.     On or about October 9, 2019, **PAUL** messaged **WASHINGTON** the PII belonging to Victim 1 with a photograph of **WILLIAMS.**

      d.     On or about October 17, 2019, **PAUL** messaged **WASHINGTON** a photograph of **Co-Conspirator 1**.

      e.     On or about October 18, 2019, at the direction of **PAUL**, **Co-Conspirator 1** opened a fraudulent bank account with Bank A in the name of Victim 1, and **Bell** used his position as an MSR to create the account.

      f.     On or about October 25, 2019, **PAUL** messaged **WASHINGTON** the PII belonging to Victim 2, along with a photograph of **PAUL**, and the PII of Victim 3, along with a photograph of **Co-Conspirator 2**.

      g.     On or about October 26, 2019, **PAUL** and **Co-Conspirator 2** opened fraudulent bank accounts in the names of Victim 2 and Victim 3 at Bank A with the assistance of **Co-conspirator 3**.

      h.     On or about October 25, 2019, **PAUL** messaged **WASHINGTON** the PII belonging to Victim 4.

      i.     On or about November 2, 2019, **MCMILLAN** messaged **PAUL** stating, "Her grandfather sponsoring her [Victim 5 and Victim 5's Bank A's Access Number]."

      j.     On or about November 2, 2019, at the direction of **PAUL**, **Co-Conspirator 4** opened a fraudulent bank account with Bank A in the name of Victim 4 using Victim 5's Bank A's Access Number.  **MCMILLAN** used his position as an MSR to create the account.

      k.     On or about March 22, 2020, **Co-Conspirator 5** messaged **WILLIAMS** the PII belonging to Victim 6.

l.        On or about March 24, 2020, **WILLIAMS** telephoned Bank A and opened a fraudulent bank account in the name of Victim 6 and obtained a $65,000 auto loan.

m.       On or about March 25, 2020, at the direction of **PAUL**, **WILLIAMS** used the identity of Victim 6 and attempted to withdraw $65,000 from Victim 6's fraudulently opened bank account.  Ahead of the transaction, **PAUL** contacted **MCMILLIAN** to let him know that **WILLIAMS** would be attempting to withdraw the money.

18 U.S.C. § 1349

## COUNTS TWO THROUGH SIX
### (Bank Fraud)

The Grand Jury for the District of Maryland further charges that:

1.        Paragraphs 1 through 8 and 10 through 14 of Count One of this Indictment are incorporated here and constituted a scheme and artifice to defraud Bank A, a financial institution, and to obtain money and property from Bank A, by means of materially false and fraudulent pretenses, representations, and promises and material omissions (the "scheme to defraud").

2.        On or about the dates set forth below, in the District of Maryland and elsewhere, the defendants, knowingly executed, and attempted to execute, a scheme and artifice to defraud Bank A and to obtain any of the monies, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, to wit:

| Count | Date | Defendant(s) | Description |
|-------|------|--------------|-------------|
| 2 | June 15, 2018 | **ARCHIE ARNOLD PAUL, a/k/a "Carter Hill," a/k/a "Zion Davis," and JALEN CRAIG MCMILLAN** | Opened, and caused to be opened, a bank account in the name of "Zion Davis." |
| 3 | October 18, 2019 | **ARCHIE ARNOLD PAUL, a/k/a "Carter Hill," a/k/a "Zion Davis," and JOHN FITZGERALD WASHINGTON** | Obtained, and caused to be obtained, a loan in the name of Victim 1 for the amount of $25,000. |
| 4 | October 26, 2019 | **ARCHIE ARNOLD PAUL, a/k/a "Carter Hill," a/k/a "Zion Davis," and JOHN FITZGERALD WASHINGTON** | Obtained, and caused to be obtained, a loan in the names of Victim 2 and Victim 3 for the sum of $48,000. |

| 5 | November 2, 2019 | **ARCHIE ARNOLD PAUL, a/k/a "Carter Hill," a/k/a "Zion Davis," JALEN CRAIG MCMILLAN, and JOHN FITZGERALD WASHINGTON** | Obtained, and caused to be obtained, a loan in the name of Victim 4 for the amount of $10,000. |
|---|---|---|---|
| 6 | March 25, 2020 | **ARCHIE ARNOLD PAUL, a/k/a "Carter Hill," a/k/a "Zion Davis," JALEN CRAIG MCMILLAN, and TIFFANY RAINEL WILLIAMS** | Attempted to withdraw $65,000 from fraudulent loan proceeds in the name of Victim 6. |

18 U.S.C. § 1344
18 U.S.C. § 2

### COUNT SEVEN
**(Aggravated Identity Theft)**

The Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 8 and 10 through 14 of Count One of this Indictment are incorporated here.

2.    Between on or about October 9, 2019, and on or about October 18, 2019, in the District of Maryland and elsewhere, the defendant,

**ARCHIE ARNOLD PAUL,**
**a/k/a "Carter Hill,"**
**a/k/a "Zion Davis,"**

during and in relation to a felony violation, that is, conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment, and bank fraud, in violation of 18 U.S.C. § 1344, as charged in Count Three of this Indictment, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the name of Victim 1, knowing that the means of identification belonged to another person.

18 U.S.C. § 1028A
18 U.S.C. § 2

## COUNT EIGHT
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 8 and 10 through 14 of Count One of this Indictment are incorporated here.

2.      Between on or about October 25, 2019, and on or about October 26, 2019, in the District of Maryland and elsewhere, the defendant,

**ARCHIE ARNOLD PAUL**,
**a/k/a "Carter Hill**,"
**a/k/a "Zion Davis**,"

during and in relation to a felony violation, that is, conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment, and bank fraud, in violation of 18 U.S.C. § 1344, as charged in Count Four of this Indictment, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the name of Victim 2, knowing that the means of identification belonged to another person.

18 U.S.C. § 1028A
18 U.S.C. § 2

## COUNT NINE
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 8 and 10 through 14 of Count One of this Indictment are incorporated here.

2.      Between on or about October 25, 2019, and on or about October 26, 2019, in the District of Maryland and elsewhere, the defendant,

**ARCHIE ARNOLD PAUL,**
**a/k/a "Carter Hill,"**
**a/k/a "Zion Davis,"**

during and in relation to a felony violation, that is, conspiracy to commit bank fraud, in violation of 18 U.S.C. §1349, as charged in Count One of this Indictment, and bank fraud, in violation of 18 U.S.C. § 1344, as charged in Count Four of this Indictment, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the name of Victim 3, knowing that the means of identification belonged to another person.

18 U.S.C. § 1028A
18 U.S.C. § 2

## COUNT TEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 8 and 10 through 14 of Count One of this Indictment are incorporated here.

2.      Between on or about October 25, 2019, and on or about November 2, 2019, in the District of Maryland and elsewhere, the defendant,

**ARCHIE ARNOLD PAUL,**
**a/k/a "Carter Hill,"**
**a/k/a "Zion Davis,"**

during and in relation to a felony violation, that is, conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment, and bank fraud, in violation of 18 U.S.C. § 1344, as charged in Count Five of this Indictment, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the name of Victim 4, knowing that the means of identification belonged to another person.

18 U.S.C. § 1028A
18 U.S.C. § 2

## COUNT ELEVEN
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.    Paragraphs 1 through 8 and 10 through 14 of Count One of this Indictment are incorporated here.

2.    On or about November 2, 2019, in the District of Maryland and elsewhere, the defendants,

**ARCHIE ARNOLD PAUL,**
**a/k/a "Carter Hill,"**
**a/k/a "Zion Davis," and**
**JALEN CRAIG MCMILLAN,**

during and in relation to a felony violation, that is, conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the name of Victim 5, knowing that the means of identification belonged to another person.

18 U.S.C. § 1028A
18 U.S.C. § 2

## COUNT TWELVE
### (Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

1.      Paragraphs 1 through 8 and 10 through 14 of Count One of this Indictment are incorporated here.

2.      Between on or about March 22, 2020, and on or about March 25, 2020, in the District of Maryland and elsewhere, the defendant,

**TIFFANY RAINEL WILLIAMS,**

during and in relation to a felony violation, that is, conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349, as charged in Count One of this Indictment, and bank fraud, in violation of 18 U.S.C. § 1344, as charged in Count Six of this Indictment, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, that is, the name of Victim 6, knowing that the means of identification belonged to another person.

18 U.S.C. § 1028A
18 U.S.C. § 2

13

## COUNT THIRTEEN
### (Felon in Possession of Firearm and Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about May 12, 2020, in the District of Maryland, the defendant,

### ARCHIE ARNOLD PAUL,
### a/k/a "Carter Hill,"
### a/k/a "Zion Davis,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms ammunition—that is, (1) a Privately Made Firearm, Model SS80, 9mm caliber, semi-automatic pistol, bearing no apparent serial number, (2) four 9mm caliber CBC rounds of ammunition, (3) one hundred 9mm caliber GECO rounds of ammunition, and (4) one hundred forty-eight 9mm caliber Winchester Jacketed Hallow-points of ammunition—and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d), 982(a)(2) and (b)(1), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendants' conviction of any of the offenses alleged in Counts One through Six and Count Thirteen of this Indictment.

### Bank Fraud Conspiracy Forfeiture

2.     Upon conviction of any of the offenses set forth in Counts One through Six, the defendants,

**ARCHIE ARNOLD PAUL,**
**a/k/a "Carter Hill,"**
**a/k/a "Zion Davis,"**
**TIFFANY RAINEL WILLIAMS,**
**JALEN CRAIG MCMILLAN, and**
**JOHN FITZGERALD WASHINGTON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property which constitutes, or is derived from, proceeds obtained directly or indirectly, as a result of such offenses.

### Firearms and Ammunition Forfeiture

3.     Upon conviction of the offense set forth in Count Thirteen of this Indictment, the defendant,

**ARCHIE ARNOLD PAUL,**
**a/k/a "Carter Hill,"**
**a/k/a "Zion Davis,"**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including but not limited to:

(1) a Privately Made Firearm, Model SS80, 9mm caliber, semi-automatic pistol, bearing no apparent serial number;

(2) approximately four (4) 9mm caliber CBC rounds of ammunition;

(3) approximately one hundred (100) 9mm caliber GECO rounds of ammunition; and

(4) approximately one hundred forty-eight (148) 9mm caliber Winchester Jacketed Hallow-points of ammunition.

**Substitute Assets**

4.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
18 U.S.C. § 982(a)(2)(A) and (b)(1)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron / GMM*

Erek L. Barron
United States Attorney

*6/29/22*

**SIGNATURE REDACTED**

Foreperson

Date

16